| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

LINDA ADAMS, *et al.*, §
§
       Plaintiffs, §
§
*versus* §   CIVIL ACTION NO. 1:06-CV-541
§
WEST TELEMARKETING, LP f/k/a §
WEST TELEMARKETING CORP., §
§
       Defendants. §

## ORDER OF DISMISSAL

The parties' Joint Motion to Dismiss with Prejudice (#56) is GRANTED. Accordingly, the above-styled case is dismissed with prejudice. Each party shall bear its own costs of court.

SIGNED at Beaumont, Texas, this 24th day of June, 2010.

*[signature: Marcia A. Crone]*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE